# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAICHUN XIONG, | Case No. 1:24-cv-00802-CDB |
| Plaintiff, | ORDER TO COMPLETE AND RETURN SERVICE DOCUMENTS |
| v. | (Doc. 3) |
| MERRICK B. GARLAND, *et al*. | **30-DAY DEADLINE** |
| Defendants. | |

Plaintiff Kaichun Xiong ("Plaintiff") is proceeding pro se and *in forma pauperis* in this civil action. (Docs. 1-3). On July 12, 2024, the Court screened Plaintiff's complaint and preliminary assessed that he has stated a cognizable claim. (Doc. 3 at 5). The Court noted that it would issue an order in due course providing service documents to Plaintiff that he must complete and return so that Defendants may be served. *Id*.

Accordingly, IT IS ORDERED as follows:

    1. Service is appropriate for the following Defendants:

        a. Merrick B. Garland

        b. Alejandro Mayorkas

        c. Ur M. Jaddou

2. The Clerk of Court shall SEND Plaintiff three (3) USM-285 forms, three (3) summonses, a Notice of Submission of Documents form, an instruction sheet, and three (3) copies of the complaint filed on July 10, 2024 (Doc. 1);

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Three completed USM-285 forms;

   b. Three completed summonses for the above Defendants;

   c. Three (3) copies of the endorsed Complaint;

4. Plaintiff need not attempt service on the Defendants and need not request a waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshals Service to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

5. <u>Failure to comply with this order may result in the dismissal of this action</u>.

IT IS SO ORDERED.

Dated:   **July 12, 2024**

UNITED STATES MAGISTRATE JUDGE