UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAICHUN XIONG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MERRICK B. GARLAND, *et al.*,<br><br>　　　　Defendants. | Case No. 1:24-cv-00802-CDB<br><br>ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS |

Plaintiff Kaichun Xiong ("Plaintiff"), proceeding pro se and *in forma pauperis* filed this civil action on July 10, 2024. (Doc. 1). On July 12, 2024, the Court found service of the complaint to be appropriate and directed Plaintiff to return certain documents required for service on three Defendants. (Docs. 3-4). Plaintiff has since complied with this direction and returned the service documents. *See* (Dkt. entry dated 8/12/2024). Accordingly, IT IS HEREBY ORDERED:

1. The Clerk of Court is directed to issue the following: (1) the order setting the mandatory scheduling conference; (2) the order re consent or request for reassignment; and (3) consent to assignment or request for reassignment forms;

2. The Clerk of Court is directed to forward the following documents to the U.S. Marshal:

    a) One copy of the order setting the mandatory scheduling conference for each

defendant to be served;

    b) One copy of the order re consent or request for reassignment for each defendant to be served;

    c) One copy of the consent to assignment or request for reassignment form for each defendant to be served;

    d) One completed USM−285 form for each defendant to be served;

    e) One copy of the complaint (Doc. 1), for each defendant to be served, plus one copy for the United States Marshal; and

    f) One copy of this order for each defendant to be served, plus one copy for the United States Marshal.

3. Within ten days from the date of this order, the United States Marshal is DIRECTED to notify the following Defendants of the commencement of this action and to request a waiver of service in accordance with the provisions of Federal Rule of Civil Procedure 4(d) and 28 U.S.C. § 566(c):

    a. **Merrick B. Garland**, Attorney General of the United States;

    b. **Alejandro Mayorkas**, Secretary of the Department of Homeland Security; and

    c. **Ur M. Jaddou**, Director of U.S. Citizenship and Immigration Services;

4. The United States Marshal Service is DIRECTED to retain the summons and a copy of the complaint in its files for future use;

5. The United States Marshal Service shall file any returned waiver of service as well as any request for waiver of service that are returned as undelivered as soon as they are received;

6. If a waiver of service is not returned by a Defendant within sixty days of the date of mailing the request for waiver, the United States Marshal Service shall:

    a. Personally serve process and a copy of this Order on Defendants pursuant to Federal Rule of Civil Procedure 4 and 28 U.S.C. § 566(c);

    b. Within ten days after personal service is effected, the United States Marshal Service shall file the return of service for Defendants, along with evidence of

any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said Defendants. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the summons and the operative complaint and for preparing new USM-285 forms, if required. Costs of service will be taxed against the personally served Defendants in accordance with the provisions of Federal Rule of Civil Procedure 4(d)(2).

7. In the event that a Defendant makes an appearance in this action by filing an answer, dispositive motion, or other pleading, the United States Marshals Service need not personally serve a Defendant;

8. In the event that a Defendant either waives service or is personally served, the Defendant is required to respond to the Complaint.

IT IS SO ORDERED.

Dated: __August 14, 2024__

UNITED STATES MAGISTRATE JUDGE