UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAICHUN XIONG,<br><br>               Plaintiff,<br><br>   v.<br><br>MERRICK B. GARLAND, *et al*.,<br><br>               Defendants. | Case No. 1:24-cv-00802-CDB<br><br>ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS<br><br>ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE |

      Plaintiff Kaichun Xiong ("Plaintiff"), proceeding pro se and *in forma pauperis* filed this civil action on July 10, 2024. (Doc. 1). On July 12, 2024, the Court found service of the complaint to be appropriate and directed Plaintiff to return certain documents required for service on three Defendants. (Docs. 3-4). Plaintiff complied with this direction and returned the service documents and service thereafter was effected on the named Defendants. *See* (Dkt. entry dated 8/12/2024; Doc. 8). However, service has not been effected on the office of the U.S. Attorney as required under Rule 4(i), Fed. R. Civ. P.

      Because service of process has not been completed and no Defendants have appeared, the Court will continue the mandatory scheduling conference to a later date to facilitate the appearance and filing of responsive pleadings by Defendants.

      Accordingly, IT IS HEREBY ORDERED:

      1. The Clerk of the Court is directed to forward the following documents to the U.S.

Marshal:

    a) One copy of the order setting the mandatory scheduling conference for each defendant to be served;

    b) One copy of the order re consent or request for reassignment for each defendant to be served;

    c) One copy of the consent to assignment or request for reassignment form for each defendant to be served;

    d) One completed USM−285 form for each defendant served;

    e) One copy of the complaint (Doc. 1); and

    f) One copy of this order.

2. Within ten days from the date of this order, the United States Marshal is DIRECTED to serve process upon the United States attorney for the Eastern District of California and to request a waiver of service in accordance with the provisions of Federal Rule of Civil Procedure 4(d) and 28 U.S.C. § 566(c).

3. The United States Marshal Service is DIRECTED to retain the summons and a copy of the complaint in its files for future use;

4. The United States Marshal Service shall file any returned waiver of service as well as any request for waiver of service that are returned as undelivered as soon as they are received;

5. If a waiver of service is not returned by a Defendant within sixty days of the date of mailing the request for waiver, the United States Marshal Service shall:

    a. Personally serve process and a copy of this Order on Defendants pursuant to Federal Rule of Civil Procedure 4 and 28 U.S.C. § 566(c);

    b. Within ten days after personal service is effected, the United States Marshal Service shall file the return of service for Defendants, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said Defendants. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by

      the Marshal's office for photocopying additional copies of the summons and the operative complaint and for preparing new USM-285 forms, if required. Costs of service will be taxed against the personally served Defendants in accordance with the provisions of Federal Rule of Civil Procedure 4(d)(2).

6. In the event that a Defendant makes an appearance in this action by filing an answer, dispositive motion, or other pleading, the United States Marshals Service need not personally serve a Defendant;

7. In the event that a Defendant either waives service or is personally served, the Defendant is required to respond to the Complaint; and

And it is FURTHER ORDERED that the mandatory scheduling conference set for November 7, 2024, is continued to January 6, 2025, at 10:00AM. No later than one week prior to the scheduling conference, the parties SHALL FILE a joint scheduling report (see Doc. [7] at 2) and contact Courtroom Deputy Cori Boren (cboren@caed.uscourts.gov) to obtain Zoom log-in information for the scheduling conference.

IT IS SO ORDERED.

Dated: **November 1, 2024**

UNITED STATES MAGISTRATE JUDGE